FILED

Sep 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Cesia Medina-Zuniga | **CASE NUMBER:** 22-cr-00364 VC CR |
| **Is This Case Under Seal?** | Yes     No ✔ |
| **Total Number of Defendants:** | 1 ✔     2-7     8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes     No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔     OAK     SJ |
| **Is this a potential high-cost case?** | Yes     No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes     No ✔ |
| **Is this a RICO Act gang case?** | Yes     No ✔ |
| **Assigned AUSA (Lead Attorney):** Alethea M. Sargent | **Date Submitted:** 9/20/22 |
| **Comments:** | |

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

**FILED**

Sep 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CESIA MEDINA-ZUNIGA

22-cr-00364 VC

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (one count)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (three counts)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 20th day of

September.

*Karen L. How*

Clerk

Alex G. Tse, United States Magistrate Judge

Bail, $ **No Process**

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Sep 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESIA MEDINA-ZUNIGA, <br><br> Defendant. | CASE NO. 22-cr-00364 VC <br><br> VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl; <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More Fentanyl; <br> 21 U.S.C. § 853 – Forfeiture Allegation |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl)

On or about July 12, 2022, in the Northern District of California, the defendant,

CESIA MEDINA-ZUNIGA,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl ) -4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT

| | |
|---|---|
| 1 | COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl) |

COUNT TWO:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl)

On or about July 19, 2022, in the Northern District of California, the defendant,

CESIA MEDINA-ZUNIGA,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT THREE:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl)

On or about July 26, 2022, in the Northern District of California, the defendant,

CESIA MEDINA-ZUNIGA,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT FOUR:        (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Possession with Intent to Distribute and Distribution of 40 Grams and More of Fentanyl)

On or about August 19, 2022, in the Northern District of California, the defendant,

CESIA MEDINA-ZUNIGA,

did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Four above, the defendant,

INDICTMENT                                                    2

CESIA MEDINA-ZUNIGA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment of $2,680.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED:    September 20, 2022                                             A TRUE BILL.

*/s/ Grand Jury Foreperson*
FOREPERSON
SAN FRANCISCO, CALIFORNIA

STEPHANIE M. HINDS
United States Attorney

*/s/ Alethea M. Sargent*
ALETHEA M. SARGENT
Assistant United States Attorney

INDICTMENT                                                  3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 21 U.S.C. § 841(a)(1), (b)(1)(C) - possession with intent to distribute and distribution of a mixture or substance containing a detectable amount of fentanyl

Counts 2-4: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) - possession with intent to distribute and distribution of 40 grams or more of a mixture or substance containing a detectable amount of fentanyl

☐ Petty    ☐ Minor    ☐ Misdemeanor    ☐ Felony

**PENALTY:** Count 1: Maximum 20 years imprisonment; Maximum $1,000,000 fine; Minimum 3 years supervised release
Counts 2-4: Maximum 40 years imprisonment; Minimum 5 years imprisonment; Maximum $5,000,000 fine; Minimum 4 years supervised release

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ CESIA MEDINA-ZUNIGA

**DISTRICT COURT NUMBER:** 22-cr-00364 VC

**FILED**
Sep 20 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** 22-mj-71170

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
    ☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Alethea M. Sargent

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal    ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: